UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL EDWARD CONNARE,

    Plaintiff,

v.    Case No: 6:16-cv-955-Orl-40DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Claimant's appeal of the Commissioner of Social Security's (the Commissioner) final decision denying his applications for disability benefits. (Doc. 1) filed on June 2, 2016. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 8, 2017 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Claimant's appeal of the Commissioner of Social Security's final decision denying his applications for disability benefits. (Doc. 1) is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and against the Claimant, and close the case.

**DONE AND ORDERED** in Orlando, Florida on May 26, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties